# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:10-cr-00067-MR-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| RYAN MITCHELL DSCHAK, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the Defendant's *pro se* motion requesting copies of various documents [Doc. 67].

In his motion, the Defendant requests a copy of his Statement of Reasons, his Sentencing Memorandum, and the docket sheet. The Clerk has already provided the Defendant a copy of the docket sheet, and therefore that part of the Defendant's request is now moot. Further, while the Defendant requests a copy of his Sentencing Memorandum, the docket reflects that no such memorandum was filed on behalf of the Defendant, and therefore, this request is also moot.

As for the Defendant's request for his Statement of Reasons, much like a Presentence Report, the Statement of Reasons is a sealed court

document. It can contain sensitive information, the disclosure of which could jeopardize a prisoner's safety. For that reason, while the Court will allow the Defendant to view his Statement of Reasons, the Defendant will not be permitted to retain a copy of it.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion [Doc. 67] is **DENIED AS MOOT** with respect to the Defendant's request for a docket sheet and his sentencing memorandum but **GRANTED** with respect to his request for the Statement of Reasons. The Clerk of Court is hereby authorized to provide a copy of the Statement of Reasons [Doc. 55] to the Warden of USP Lee. The Defendant shall be permitted to review the Statement of Reasons in the presence of his Case Manager or another appropriate prison official as designated by the Warden, but may not retain a copy of it.

**IT IS SO ORDERED.**

Signed: September 16, 2016

Martin Reidinger
United States District Judge